# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC ZIMMERMAN,
          Appellant,

vs.

CROSSROADS COMMONS, LTD., LLC;
CROSSROADS COMMONS
MANAGEMENT, L.L.C.; PECCOLE
NEVADA CORPORATION; WHOLE
FOODS MARKET; WFM SOUTHERN
NEVADA, INC.; WFM-WO; SPORTS
CHALET; SPORTS CHALET, L.L.C.;
SPORT CHALET, LLC; AND SPORT
CHALET,
          Respondents.

No. 73788

**FILED**

SEP 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment in a personal injury action. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against the following parties appear to

17-29574

remain pending below: Sport Chalet, Sport Chalet LLC, Sports Chalet, L.L.C. We conclude, therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, C.J.
Cherry

_____, J.
Hardesty

_____, J.
Stiglich

cc:  Hon. Richard Scotti, District Judge
     Isaac Zimmerman
     Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
     Robison, Simons, Sharp & Brust
     Eighth District Court Clerk